# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FORMIC TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> AUTOMATION INTEGRATION SOLUTIONS LLC, <br><br> Defendant. | Case No. <br><br> **JURY TRIAL DEMANDED** |

## COMPLAINT

Plaintiff Formic Technologies, Inc. ("Formic" or "Plaintiff"), by and through its counsel, complains and alleges against Defendants Automation Integration Solutions LLC ("AIS" or "Defendant") as follows:

## SUMMARY OF ACTION

1. Plaintiff Formic acts as a robotics intermediary, contracting with robotics system integration companies who design the system, purchase Original Equipment Manufacturer ("OEM") components, assemble, and install robotics automation systems that meet agreed upon technical specifications for installation onto an end customer's factory floor. Formic then enters into agreements with the end customers for usage of the robotics system and ongoing maintenance. Formic entered into contracts with AIS for (1) the design and installation of a case packing system and (2) the design and installation of a palletizing system. Despite Formic's adherence to the contracts and the associated payment schedule, AIS has failed to meet the terms of either contract.

2. Plaintiff Formic therefore brings breach of contract claims against Defendant AIS.

## PARTIES

3. Plaintiff Formic is a corporation duly organized under the laws of Delaware, with its principal place of business at 445 W. Erie Street, Suite 101, Chicago, Illinois 60654.

4. Defendant Automation Integration Solutions LLC is a limited liability company formed under the laws of North Carolina with its principal place of business at 260 Varnadore Road, Salisbury, North Carolina 28146. Automation Integration Solutions LLC can be served through their registered agent Aaron Pearall at 260 Varnadore Road, Salisbury, North Carolina 28146.

## JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1332 because diversity of citizenship exists between the parties and the amount in controversy exceeds $75,000.

6. This Court has personal jurisdiction over the Defendant because AIS consented to the jurisdiction of this Court.

7. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391.

## FACTS

8. In January 2022, Formic entered into an agreement with an end customer for a case packing system and a palletizing system to be installed in the customers South Carolina facility. The systems were expected to be delivered by June and July 2022, respectively.

9. To fulfill the agreement with its customer, Formic contacted AIS to develop a quote for the project. AIS provided Formic with quotes for both the case packing system and the palletizing system on February 7, 2022. Ex. 1 and Ex. 2.

10. As provided for in the AIS quotes, the project included both pricing and a payment schedule utilizing milestone payments. Ex. 1 at 3-4; Ex. 2 at 3-4. AIS's quote for the case packing

system called for a quoted price of $241,610.00, with the milestone payments at the receipt of the Purchase Order (30% of the quoted price), at approval of the system design to facilitate the purchase of OEM parts (30% of the quoted price), at the time the system is ready to ship (30% of the quoted price), and upon system acceptance following receipt at the purchaser's facility (10% of the quoted price). Ex. 1 at 4.  AIS's quote for the palletizing system called for a similar milestone structure, but for a quoted price of $195,744.00. Ex. 2 at 3-4.

11.     On February 15, 2022, Formic issued purchase orders to AIS for the design, construction, and installation of the two systems. Ex. 3 and Ex. 4.  Per the AIS quotes, Formic made the initial milestone payments for the receipt of the purchase order for both the case packing system (30% of $241,610.00 or $72,483.00) and the palletizing system (30% of $195,744.00 or $58,723.20) on February 17, 2022.

12.     Formic made similar milestone payments for the approval of the system design and ordering of OEM equipment for both the case packing system (30% of $241,610.00 or $72,483.00) and the palletizing system (30% of $195,744.00 or $58,723.20) on June 2, 2022.

13.     At this point, the project began to experience several delays, due in no part to an act or omission on Formic's part. These delays resulted in the case packing system being installed in December 2022, rather than the originally agreed upon installation date of June 2022. There are numerous items which AIS should have identified and addressed to allow the system to work properly at the customer's location—several examples of these issues which AIS did not address before bringing the system to the customer's location included:  the manufacturing of the base structure that secures the robot to the factory floor so that it does not move improperly during operation, the length of air hose that AIS installed on the system was too long and thus did not allow adequate air pressure to reach the system, AIS' design did not contemplate the correct height

for the infeed conveyor, and that the tool AIS designed did not allow for the robotic system to properly pick up and acquire the item, as was set out in the upfront design specifications (as augmented by AIS site visits and receipt of sample products by AIS) and agreed to upfront by AIS. AIS should have addressed these issues before the system was shipped to Formic's customer.

14. Throughout that time, Formic continued to honor its contract with AIS and provided its milestone payments for the shipment of the system to the customer's facility (30% of $241,610.00 or $72,483.00) and the installation of the case packing system in the customer's facility (10% of $241,610.00 or $24,161.00). Formic also submitted a milestone payment for the required design changes and increased OEM equipment costs experienced due to project delays for the palletizing system in the amount of $43,184.00 on June 22, 2022.

15. In January 2023, less than a month after the case packing system was installed, Formic's customer requested that the case packing system be removed from its Columbia, South Carolina location in order to correct several of the basic design flaws inherent in the system prior to its reinstallation. AIS refused to remove the case packing system unless (1) AIS was compensated for time and materials to remove the system, (2) AIS was compensated for any work necessary to render the system operational, and (3) AIS was compensated for any work to reinstall the case packing system.

16. The palletizing system was never installed at the customer's site. On information and belief, the palletizing system currently remains in AIS's workshop and Formic does not have ready access to that system.

17. Formic offered to resolve the matter by taking all of the equipment, including both the case packing system at the customer and the palletizing system in AIS's possession, into

custody and guiding the projects to completion in exchange for the amounts already paid. AIS has refused.

18. Based on its contract with AIS, Formic has submitted payments totaling approximately $402,240.40 to AIS.

## COUNT I: BREACH OF CONTRACT FOR THE CASE PACKING SYSTEM

19. Formic realleges and incorporates by reference each and every allegation set forth in Paragraphs 1-18 above as though fully set forth herein.

20. Formic entered into a contract with the Defendant for the purpose of designing and installing a case packing system for Formic's customer.

21. AIS agreed to design the case packing system to meet Formic's customer's technical specifications and requirements, to assemble the system, and to install it in Customer's Columbia, South Carolina location.

22. As compensation, Formic agreed to pay the prices established by the quote documents provided by AIS in the form of milestone payments.

23. A contract was formed on the date that Formic submitted its first milestone payments to AIS for the receipt of the production order for the case packing system and those payments were accepted by AIS.

24. Formic performed all conditions and made all payments as required under the contract.

25. The contract was breached when AIS failed to complete the terms of the contract, specifically for failing to meet the technical specifications of the case packing system and for failing to meet the requirements of Formic's ultimate consumer.

26. Because of the Defendant's failure to adhere to the terms and conditions of the contract, Formic has been damaged for an approximate amount of $241,610.00.

## COUNT II: BREACH OF CONTRACT FOR THE PALLETIZING SYSTEM

27. Formic realleges and incorporates by reference each and every allegation set forth in Paragraphs 1-26 above as though fully set forth herein.

28. Formic entered into a contract with the Defendant for the purpose of designing and installing a palletizing system for Formic's customer.

29. AIS agreed to design the palletizing system to meet Formic's customer's technical specifications and requirements, to assemble the system, and to install it in Formic's customer's Columbia, South Carolina location.

30. As compensation, Formic agreed to pay the prices established by the quote documents provided by AIS in the form of milestone payments.

31. A contract was formed on the date that Formic submitted its first milestone payments to AIS for the receipt of the production order for the palletizing system and AIS accepted the payment.

32. Formic performed all conditions and made all payments as required under the contract.

33. The contract was breached when AIS failed to complete the terms of the contract, specifically by failing to install the palletizing system.

34. Because of the Defendant's failure to adhere to the terms and conditions of the contract, Formic has been damaged for an approximate amount of $160,630.40.

## PRAYER FOR RELIEF

WHEREFORE, Formic respectfully requests the Court enter judgment in favor of Formic and against AIS granting the following relief:

A.  Judgment against the Defendant for the damages suffered by Formic as a result of the Defendant's breach of contract;

B.  Judgment against the Defendant for reasonable costs and attorneys' fees; and

C.  Such other and further relief as this Court deems fair and equitable.

## DEMAND FOR JURY TRIAL

Plaintiff respectfully requests a trial by jury on all questions of fact raised by this Complaint.

PHILLIPS, MCLAUGHLIN & HALL, P.A.

  /s/ Lisa C. McLaughlin
LISA C. MCLAUGHLN, ESQUIRE (#3113)
1200 North Broom Street
Wilmington, Delaware 19806
(302) 655-4200
(302) 655-4210 fax
lcm@pmhdelaw.com
*Attorney for Plaintiff*

Date: February 15, 2023