## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

FORMIC TECHNOLOGIES, INC.,

        Plaintiff,

        Case No. 23-00172 (GBW)

    v.

AUTOMATION INTEGRATION
SOLUTIONS LLC,

        Defendant.

## ORDER OF DEFAULT JUDGMENT

AND NOW TO WIT THIS 25th day of February, 2025, it appearing from former defense counsel's letter (D.I. 37) and the affidavit of service (D.I. 39) that this Court's orders (D.I. 35, 38) regarding Defendant Automation Integration Solutions LLC's ("AIS") requirement to obtain substitute counsel were sent to Defendant, Defendant's failure to obtain counsel, and the Clerk's entry of default on January 22, 2025 (D.I. 42) and having considered the Declaration of Steve Olszewski filed in Support of Plaintiffs' Motion for Default Judgment;

IT IS HEREBY ORDERED AND DECREED, that Plaintiff Formic Technologies, Inc.'s Motion for Default Judgment is GRANTED;

IT IS FURTHER ORDERED that Defendant shall pay Plaintiff damages

totaling $394,972.34.

_____
United States District Judge